UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOAZ PLEASANT-BEY #473110, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-CV-1051 |
| ) | District Judge Aleta A. Trauger |
| CORECIVIC, INC., ET AL., ) | Jury Demand |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by Plaintiff Boaz Pleasant-Bey and Defendants CoreCivic, Inc.,[1] Raymond Byrd, Jon Shonebarger, and Vincent Vantell that this action is DISMISSED WITH PREJUDICE and that all parties are to pay their own attorneys' fees, costs, and expenses.

---

[1] In his Complaint, Pleasant-Bey incorrectly identifies Defendant CoreCivic, Inc. as CoreCivic America. CoreCivic correctly is identified as CoreCivic, Inc. in this Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted,

/s/ Boaz Pleasant-Bey
Boaz Pleasant-Bey (#473110)
Turney Center Industrial Complex
1499 RW Moore Memorial Rt Hwy
Only, Tennessee 37140
(931) 729-5161


/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
222 Second Avenue, South
Suite 1700
Nashville, Tennessee 37201
(615) 780-6733

*Counsel for Defendants CoreCivic, Inc., Raymond Byrd, Jon Shonebarger, and Vincent Vantell*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U.S. Mail, first-class postage prepaid, this March 18, 2021, on the following:

Boaz Pleasant-Bey (#473110)
Turney Center Industrial Complex
1499 RW Moore Memorial Rt Hwy
Only, Tennessee 37140

/s/ Erin Palmer Polly